Rose L. Marvin, Respondent, v. Klin Co., Inc., and Others, Defendants, Impleaded with Mitchell G. Ittelson, Appellant. (Appeal No. 1.) — Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Kapper, J., not voting.

Rose L. Marvin, Respondent, v. Klin Co., Inc., and Others, Defendants, Impleaded with Louis Friedman and Others, Appellants. (Appeal No. 2.) — Order granting plaintiff's motion to strike out answers and for summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements against appellants. In the exercise of its discretion this court renders final judgment in plaintiff's favor. (Civ. Prac. Act, § 496.) Order denying appellants' motion for judgment on the pleadings affirmed, without costs.

No opinion. Present — Young, Hagarty, Carswell and Scudder, JJ.; Kapper, J., not voting.